NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROGRESS FOR BAKERSFIELD VETERANS, LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, SASD DEVELOPMENT GROUP, LLC,**
*Defendants-Appellees*

---

2022-1775

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-02150-EGB, Senior Judge Eric G. Bruggink.

---

**JUDGMENT**

---

ELIZABETH JOCHUM, Blank Rome LLP, Washington, DC, argued for plaintiff-appellant. Also represented by STEPHEN M. ORLOFSKY, Princeton, NJ.

JOHN HUGH ROBERSON, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by BRIAN M. BOYNTON, PATRICIA M. MCCARTHY, DOUGLAS K. MICKLE.

KATHERINE BAUER BURROWS, PilieroMazza PLLC, Annapolis, MD, argued for defendant-appellee SASD Development Group, LLC. Also represented by PATRICK TRENT ROTHWELL, JONATHAN TODD WILLIAMS, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 4, 2023        /s/ Peter R. Marksteiner
Date              Peter R. Marksteiner
                  Clerk of Court